IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WINSTON STIDHAM, | : | CIVIL ACTION |
| Petitioner, | : | NO. 08-3216 |
| v. | : | |
| DAVID A. VARANO, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 8th day of June, 2009, upon careful and independent review of the Petition for Writ of Habeas Corpus, it is hereby ORDERED that:

1. Petitioner's Objections to the Magistrate Judge's Report and Recommendation are OVERRULED;

2. The Magistrate Judge's Report and Recommendation is APPROVED AND ADOPTED;

3. The Petition for Writ of Habeas Corpus is DENIED and DISMISSED WITH PREJUDICE; and

4. A Certificate of Appealability will not issue.

BY THE COURT:

/s/ C. Darnell Jones II
_____
C. DARNELL JONES II     J.